IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS WELCH,

      Petitioner,                    No. CIV-06-02338 ALA HC

   vs.

D.K. SISTO,

      Respondent.                <u>ORDER</u>

_____/

      The parties are directed to file, on or before December 31, 2007, simultaneous briefs consisting of no more than 5 pages, discussing the following issue:

      Is a District Court required to grant habeas relief on the basis of the law of the Ninth Circuit, such as *Irons v. Carey,* 479 F.3d 658 (9th Cir. 2007), when that law does not represent "clearly established Federal law, as determined by the Supreme Court of the United States," 28 U.S.C. § 2254(d)(1)?

/////

DATED: December 19, 2007

                                       <u>/s/ Arthur L. Alarcón</u>
                                       UNITED STATES CIRCUIT JUDGE
                                       Sitting by Designation

1