IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS WELCH,

    Petitioner,        Case No. 2:06-cv-02338 ALA (HC)

  vs.

D.K. SISTO, Warden,

    Respondent.       <u>ORDER</u>

_____/

    Petitioner Thomas Welch filed a Motion to Reconsider pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. (Doc. 18). IT IS HEREBY ORDERED that Respondents file a response to Petitioner's motion on or before September 16, 2008.

/////

DATE: August 26, 2008

                        /s/ Arthur L. Alarcón
                        UNITED STATES CIRCUIT JUDGE
                        Sitting by Designation